**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Bradley D. Gardner (SBN: 011211)
bdg@udallshumway.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| Elizabeth Burdette Howe,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Aspen University, Inc.,<br><br>　　　　　　Defendant. | Case No: 2:22-cv-00939-DGC<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

　　　Pursuant to the Court's Order dated August 24, 2022 [Doc 15], the parties, by and through undersigned counsel, hereby submit this Joint Status Report.

　　　Currently the parties remain in the discovery phase of this litigation and intend to schedule depositions in the near future. However, neither party is opposed to mediation and is in the process of considering various mediators. Both parties believe it is necessary to finalize the discovery and likely seek the assistance of a mediator to enhance the possibilities of settlement.. Notwithstanding the foregoing, the parties have initiated good faith settlement discussions.

　　　**DATED:** February 3, 2023.

| | |
|---|---|
| **UDALL SHUMWAY PLC** | **JONES, SKELTON & HOCHULI P.L.C.** |
| By: /s/ Bradley D. Gardner<br>　　　Bradley D. Gardner<br>　　　*Attorneys for Plaintiff* | By: /s/ Charles M. Callahan (w/permission)<br>　　　Charles M. Callahan<br>　　　Robert Beck<br>　　　*Attorneys for Defendant* |