**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Elizabeth Burdette Howe,<br><br>           Plaintiff,<br><br>v.<br><br>Aspen University Incorporated,<br><br>           Defendant. | Case No.: CV-22-0939-PHX-DGC<br><br>**FIRST AMENDED<br>CASE MANAGEMENT ORDER** |

      Upon review of the parties' Stipulated Motion to Amended the Case Management Order (Doc. 23), and good cause appearing, the Court hereby amends the Case Management order (Doc. 15) as follows:

      1.    The deadline for completing fact discovery, including discovery by subpoena, shall be **July 3, 2023**.

      2.    All interrogatories, requests for production of documents and requests for admission shall be propounded by **May 19, 2023**.

      3.    Dispositive motions shall be filed no later than **August 7, 2023**..

      4.    All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **July 14, 2023**. Upon completion of such settlement talks, and in no event later than five working days after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel. The report shall inform the Court that good faith settlement talks have been held and shall report on the outcome of such talks.

      5.    The Court will hold a conference with the parties before motions for summary judgment are filed. The parties shall file the required pre-dispositive motion

letters with the Court on or before **July 7, 2023**, and shall call the Court the same day to schedule a time for a pre-motion conference.

5. Except to the extent amended herein, the other provisions of the Case Management Order (Doc. 15) shall remain in effect.

Dated this 2nd day of May, 2023.

*David G. Campbell*
David G. Campbell
Senior United States District Judge