**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz (SBN 9264)
das@udallshumway.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Burdette Howe, | Case No.: 2:22-cv-00939-DGC |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| Aspen University, Inc., | |
| Defendant. | |

**NOTICE** is hereby given that on August 16, 2023, Plaintiff, Elizabeth Burdette Howe, served her Fifth Supplemental Disclosure Statement upon defense counsel via email at the address below:

Charles M. Callahan
CCallahan@JSHFIRM.COM
JONES, SKELTON & HOCHULI P.L.C.

**DATED**: August 24, 2023.

UDALL SHUMWAY PLC

By: */s/ David R. Schwartz*
David R. Schwartz
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
*Attorneys for Plaintiff*

6382878/120066.1