# UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz (SBN 9264)
das@udallshumway.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Burdette Howe, | Case No.: 2:22-cv-00939-DGC |
| Plaintiff, | |
| v. | **NOTICE OF INTENT TO SERVE SUBPOENAS** |
| Aspen University, Inc., | |
| Defendant. | |

Pursuant to Rule of Civil Procedure 45(a)(4), Defendant U.S. Bank, N.A. gives notice of its intent to serve subpoenas on the below listed individuals. A copy of the subpoena are attached to this notice as Exhibit A.

**DATED**: August 25, 2023.

**UDALL SHUMWAY PLC**

By: */s/ David R. Schwartz*
David R. Schwartz
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
*Attorneys for Plaintiff*

6382878/120066.1