**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz (SBN 9264)
das@udallshumway.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Burdette Howe, | Case No.: 2:22-cv-00939-DGC |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF SUBPOENA DUCES TECUM** |
| Aspen University, Inc., | |
| Defendant. | |

**NOTICE** is hereby given that on September 11, 2023, Plaintiff, Elizabeth Burdette Howe, served her Sixth Supplemental Disclosure Statement upon defense counsel via electronic mailing.

**DATED**: September 11, 2023.

                                    **UDALL SHUMWAY PLC**

                                    By: */s/ David R. Schwartz*
                                        David R. Schwartz
                                        1138 North Alma School Road, Suite 101
                                        Mesa, Arizona 85201
                                        *Attorneys for Plaintiff*

6382878/120066.1