**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz (SBN 9264)
das@udallshumway.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Burdette Howe, | Case No.: 2:22-cv-00939-DGC |
| Plaintiff, | |
| v. | **NOTICE OF PLAINTIFF'S RESPONSE LETTER RE: ANTICIPATED MOTION FOR SUMMARY JUDGMENT** |
| Aspen University, Inc., | |
| Defendant. | |

Plaintiff, Elizabeth Burdette Howe hereby gives notice of its response letter regarding Defendant Aspen University Inc.'s anticipated motion for summary judgment (DOC 46).    Defendant Aspen's email was only sent Friday, September 15, and Plaintiff's counsel notified defense counsel that he needed to consult with Plaintiff before responding.  (Ex. 1, Email).  After consulting with Plaintiff and based upon her instructions, Plaintiff's response was sent this morning.  (Ex. 2, Email with letter).

**DATED**: September 18, 2023.

**UDALL SHUMWAY PLC**

By: */s/ David R. Schwartz*
        David R. Schwartz
        1138 North Alma School Road, Suite 101
        Mesa, Arizona 85201
        *Attorneys for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically transmitted the attached document to the Clerk's Office using ECF/CM for filing and that all parties' counsel will be served via the Court's ECF/CM system.

_/s/ Alyssa Quijano_

11582259/
120066.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

1

2

3

4

5

6

7

8

9

10

11

12

EXHIBIT 2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28