# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CIVIL MINUTES - GENERAL

Phoenix Division

Case No.   CV-22-00939-PHX-DGC          DATE:  November 13, 2023

Title:   Elizabeth Burdette Howe      vs.   Aspen University Incorporated
              Plaintiff                              Defendant
===================================================================

HON:  Eileen S. Willett       Judge #:   70CC

   Debbie Monroe                     Not Recorded
   Judicial Assistant                 Reporter/ECRO

**APPEARANCES:**

David Schwartz appearing for Plaintiff Elizabeth Burdette Howe, who is also present.

Charles Callahan appearing for Defendant Aspen University Incorporated.   Also present were Dr. Weiss, Dr. St. Arnold, Ms. Fernandez, and Insurance Representative, Ms. Startz

All appearances telephonic.

===================================================================
**PROCEEDINGS:**      _____Open Court       _____Chambers      __X__Other

The settlement Magistrate Judge held a telephonic settlement conference.   The case did not settle.

IT IS ORDERED that, if the Plaintiff possesses and/or created an audio-recording of the settlement conference or any portion thereof, including any caucusing session, the Plaintiff shall destroy the audio-recording and any transcript of it and not use the audio-recording and information obtained for any purpose.

Total time:  3 hours, 10 mins.
10:00 a.m. – 1:10 p.m.